**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HOAI BUI; DUNG THI THUY DINH<br><br>Plaintiffs,<br><br>vs.<br><br>ALEJANDRO MAYORKAS, SECRETARY OF HOMELAND SECURITY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY<br><br>Defendant. | Case No. 2:23-cv-02725-JFW-MAAx<br><br>**ORDER RE: STIPULATION OF DISMISSAL**<br><br>Honorable John F. Walter<br>United States District Judge |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: February 15, 2024

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE